IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02257-BNB

ARTHUR D'AMARIO, III,

Applicant,

v.

BLAKE R. DAVIS, Warden,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 6 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Motion for a Stay" filed on January 14, 2008, is GRANTED as follows: Applicant shall have up to and including **May 1, 2008**, to show cause as directed.

Dated: February 6, 2008

Copies of this Minute Order mailed on February 6, 2008, to the following:

Arthur D'Amario III
Reg. No. 02989-070
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123

Secretary/Deputy Clerk