IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02257-ZLW

ARTHUR D'AMARIO, III,

Applicant,

v.

BLAKE DAVIS,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Applicant's "Motion" filed on November 20, 2008, is DENIED because Applicant fails to present any meritorious grounds for relief.

Dated: November 21, 2008

Copies of this Minute Order mailed on November 21, 2008, to the following:

Arthur D'Amario
Reg. No. 02989-070
USP - Beaumont
PO Box 26030
Beaumont, TX 77720-6030

Secretary/Deputy Clerk